UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN ANH PHAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARGARITA AGUILERA,<br><br>    Defendant. | Case No.16-cv-04060-NC<br><br>**ORDER DIRECTING CLERK TO RE-SERVE AGUILERA WITH ORDER TO SHOW CAUSE; EXTENDING DEADLINE FOR RESPONSE** |

The Court previously issued an order for defendant Margarita Aguilera to show cause why federal jurisdiction exists. Dkt. No. 5. In attempting to serve this order on Aguilera, the Court made an error and the mail service was returned as undeliverable. Dkt. No. 6. Thus, the Court directs the Clerk to re-serve the order to show cause and extends Aguilera's time to respond by one week to August 15, 2016.

**IT IS SO ORDERED.**

Dated: August 5, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.16-cv-04060-NC