E-Filed 8/24/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN ANH PHAM, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARGARITA AGUILERA,<br><br>        Defendant. | Case No.  16-cv-04857-HRL<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Davila for consideration of whether the case is related to 5:16-cv-04060, *Tuan Anh Pham et al. v. Margarita Aguilera*.

**IT IS SO ORDERED.**

Dated: 8/24/2016

_____
HOWARD R. LLOYD
United States Magistrate Judge